1  A. Cisneros
   Email: amctrustee@mclaw.org
2  3403 Tenth Street, Suite 711
   Riverside, CA  92501
3  Telephone:      (951) 328-3124
   Telecopier:     (951) 682-9707
4
5  Chapter 7 Trustee
6
7
8                UNITED STATES BANKRUPTCY COURT
9                CENTRAL DISTRICT OF CALIFORNIA
10                    RIVERSIDE DIVISION
11 In re                          ) Case No. 6:07-13137-MJ
                                  ) Chapter 7
12 THOMAS MARTINEZ and            )
   MARIA T MARTINEZ               ) NOTICE OF UNCLAIMED DIVIDENDS
13                                ) PURSUANT TO BANKRUPTCY RULE
                     Debtors.     ) 3011
14                                )

15 TO U.S. BANKRUPTCY COURT, CLERK OF THE UNITED STATES BANKRUPTCY
16 COURT, FISCAL SECTION:
17     Please find attached hereto Check No. 1019 in the sum of
18 $140.56[1] representing the total amount of unclaimed dividend(s) in
19 the above-entitled debtor's estate which will create a zero
20 balance in the bank account. Said sum is paid over to you pursuant
21
22 to Bankruptcy Rule 3011. A list of the name(s), address(es) and
23 amount(s) to be paid to each claimant entitled to said unclaimed
24 dividend is attached.
25 Dated: February 22, 2010
26                                          _____
                                              A. CISNEROS
27                                            Chapter 7 Trustee
28

---

[1] Check forwarded to the Fiscal Section of the United States Bankruptcy Court.

-1-

<u>ATTACHMENT NO. 2</u>

<u>LISTING OF DIVIDEND PAYMENTS</u>
(EACH CREDITOR CLASS SHOULD BE LISTED SEPARATELY)

CLASS OF CREDITOR BEING PAID: Bankruptcy Procedure 3011

| CLAIM NUMBER | NAME & ADDRESS OF CLAIMANT | AMOUNT OF ALLOWED CLAIM | INTERIM PAYMENT | AMOUNT OF DIVIDEND |
|---|---|---|---|---|
| 00001 | Chevron Credit Bank NA<br>2001 Diamond Blvd.<br>POB 5010 Sec 230<br>Concord, CA 94524-0010 | 2,435.50 | 0.00 | 140.56 |
| | TOTALS: | $2,435.50 | $0.00 | $140.56 |

CASE NUMBER:    6:07-13137-MJ
CASE NAME:      MARTINEZ, THOMAS

A. CISNEROS, TRUSTEE
3403 TENTH STREET, SUITE 711
RIVERSIDE, CA 92501

**BANK OF AMERICA, N.A.**
CUSTOMER CONNECTION
Unclaimed Dividends

CHECK NUMBER
**1019**

| DATE | AMOUNT |
|---|---|
| 02/22/10 | *********140.56 |

**PAY TO THE ORDER OF**

| CASE NUMBER | DEBTOR |
|---|---|
| 6:07-13137    MJ | MARTINEZ, THOMAS<br>MARTINEZ, MARIA T |

U.S. BANKRUPTCY COURT
EDWARD R. ROYBAL FED BLDG
FISCAL DEPT
255 E. TEMPLE ST
LOS ANGELES, CA 90012

*One Hundred Forty Dollars And 56/100*

Arturo M. Cisneros Bar # 120494

A. CISNEROS, TRUSTEE
THIS CHECK VOID AFTER 90 DAYS

⑈001019⑈ ⑆111000012⑆ 4429402081⑈

---

| Date: 02/22/10 | Check Number: 1019 | Amount: 140.56 |
|---|---|---|

Debtor Name: MARTINEZ, THOMAS
Case Number: 6:07-13137    MJ

| Paid To: | U.S. BANKRUPTCY COURT<br>EDWARD R. ROYBAL FED BLDG<br>FISCAL DEPT<br>255 E. TEMPLE ST<br>LOS ANGELES, CA 90012 | A. CISNEROS, TRUSTEE<br>3403 TENTH STREET, SUITE 711<br>RIVERSIDE, CA 92501 |
|---|---|---|

Description:    Unclaimed Dividends

Bank Account Number:    4429402081

---

| Date: 02/22/10 | Check Number: 1019 | Amount: 140.56 |
|---|---|---|

Debtor Name: MARTINEZ, THOMAS
Case Number: 6:07-13137    MJ

| Paid To: | U.S. BANKRUPTCY COURT<br>EDWARD R. ROYBAL FED BLDG<br>FISCAL DEPT<br>255 E. TEMPLE ST<br>LOS ANGELES, CA 90012 | A. CISNEROS, TRUSTEE<br>3403 TENTH STREET, SUITE 711<br>RIVERSIDE, CA 92501 |
|---|---|---|

Description:    Unclaimed Dividends

Bank Account Number:    4429402081

| In re:<br>THOMAS MARTINEZ and MARIA MARTINEZ,<br>Debtor(s). | CHAPTER 7<br>CASE NUMBER 6:07-13137 |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3403 Tenth Street, Suite 711, Riverside, CA 92501

The foregoing document described as **NOTICE OF UNCLAIMED DIVIDENDS PURSUANT TO BANKRUPTCY RULE 3011** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **FEBRUARY 23, 2010**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Terri H Andersen    terri.andersen@usdoj.gov
Arturo Cisneros    amctrustee@mclaw.org, acisneros@ecf.epiqsystems.com
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
Jennifer H Wang    jwang@cookseylaw.com
Gilbert B Weisman    notices@becket-lee.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **FEBRUARY 23, 2010**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

U.S. BANKRUPTCY COURT, EDWARD R. ROYBAL FED. BLDG, FISCAL DEPT., 255 E. TEMPLE STREET, LOS ANGELES, CA 90012

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **February 23, 2010** | **Denise Weiss** | **/s/ Denise Weiss** |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 9013-3.1